```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                            ----oo0oo----
```

MELVIN ROSALES and CHARLIE HARRIS,

        Plaintiffs,

    v.

CAREER SYSTEMS DEVELOPMENT CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,

        Defendants.

_____/

NO. CIV. 08-1383 WBS KJM

```
                            ----oo0oo----
```

        In its Order Setting Status (Pretrial Scheduling) Conference issued on June 16, 2008, this court unequivocally instructed any non-governmental corporate party to include its corporate disclosures in the parties' Joint Status Report:

> In order to assist the court in meeting its recusal responsibilities, any non-governmental corporate party to this action shall submit a statement identifying all its parent and subsidiary corporations and listing any publicly held company that owns 10% or more the party's

1

|   |   |
|---|---|
| 1 | stock.  Such statement shall be included in the parties' Joint Status Report.  If any non-governmental corporate party has no parent or subsidiary corporations or no publicly held companies owning 10% or more of its stock, it shall so state in the Joint Stat[u]s Report.  **Failure to comply with the foregoing requirements of this paragraph will result in the Joint Status Report being stricken and such other sanctions as may be appropriate.**  Thereafter, if there is any change in the information, the party shall file and serve a supplemental statement within a reasonable time after such change occurs. |

(June 16, 2008 Order ¶ 6.)

On August 22, 2008, the parties filed a Joint Scheduling Conference Report.  In disobedience to this order, defendant Careers Systems Development Corporation failed to include its corporate disclosures in the parties' report or in any document it previously filed.  The court cannot proceed any further in this matter without the information defendant has failed to provide.

IT IS THEREFORE ORDERED THAT the parties' Joint Scheduling Conference Report be stricken from the record and that the Scheduling Conference set for October 6, 2008 be rescheduled for November 3, 2008.  The parties shall submit a new Joint Status Report that complies with this court's June 16, 2008 Order no later than October 20, 2008.

IT IS FURTHER ORDERED THAT, in the new Joint Status Report, Defendant Careers Systems Development Corporation shall show cause why it should not be sanctioned in the amount of $275.00 for failure to comply with this court's June 16, 2008 Order.

DATED:  October 3, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE