JONATHAN D. ANDREWS  (SBN: 199256)
SHAUNA L. DURRANT (SBN: 228489)
ANDREWS · LAGASSE · BRANCH & BELL LLP
11232 El Camino Real, Suite 250
San Diego, CA  92130
Telephone:  (858) 345-5080
Facsimile:  (858) 345-5025
Email:  jandrews@albblaw.com

Attorneys for Defendant
CAREER SYSTEMS DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ROSALES and CHARLIE HARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>CAREER SYSTEMS DEVELOPMENT CORPORATION<br><br>Defendant. | CASE NO.: 08-CV-01383-WBS-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER SUBMITTING DISPUTE TO BINDING ARBITRATION AND DISMISSING CHARLIE HARRIS FROM THIS ACTION**<br><br>Judge: Honorable William B. Shubb<br><br>Complaint filed:   June 18, 2008<br>Trial date:            November 3, 2009 |

Plaintiff CHARLIE HARRIS ("Plaintiff Harris") and Defendant CAREER SYSTEMS DEVELOPMENT CORPORATION ("Defendant"), referred to jointly here as the "Parties", through their attorneys of record, hereby stipulate to submit the above-captioned dispute between Plaintiff Harris and Defendant, entitled *Rosales v. Career Systems Development Corporation,* United States District Court Eastern District of California Case No. 08-CV-01383-WBS-KJM ("Federal Court Action") and all claims Plaintiff Harris has against Defendant arising out of his employment with Defendant, to binding arbitration in accordance with the rules and procedures for arbitration set forth in the Employment Arbitration Rules and Mediation Procedures of the American Arbitration Association.

The parties further stipulate that as a condition to arbitration, the above-captioned matter action commenced by Charlie Harris against Career Systems Development Corporation shall be

**dismissed** without prejudice. The parties agree that the dismissal of Charlie Harris and his causes of action against Career Systems Development Corporation will have no effect on Melvin Rosales' causes of action in the above-captioned matter.

IT IS SO STIPULATED.

Dated: December 12, 2008                    ANDREWS · LAGASSE · BRANCH & BELL LLP

By:   /s/Jonathan D. Andrews
      Jonathan D. Andrews
      Shauna L. Durrant
      Attorneys for Defendant
      CAREER SYSTEMS DEVELOPMENT
      CORPORATION

Dated: December 12, 2008                    LAW OFFICE OF MARY ALICE COLEMAN

By:   /s/ Thomas B. Gill
      Thomas B. Gill
      Attorneys for Plaintiff
      CHARLIE HARRIS

**ORDER**

Pursuant to the above stipulation of the parties, **IT IS SO ORDERED.**

Dated: December 31, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND ORDER SUBMITTING DISPUTE
TO BINDING ARBITRATION AND DISMISSING HARRIS              CASE NO: 08-CV-01383-WBS-KJM