UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MELVIN ROSALES and CHARLIE HARRIS, | NO. CIV. 2:08-1383 WBS KJM |
| Plaintiffs, | |
| v. | ORDER |
| CAREER SYSTEMS DEVELOPMENT CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

----oo0oo----

On August 17, 2009, the court issued a minute order in this action giving plaintiff Melvin Rosales until August 31, 2009, to amend plaintiff's declarations in support of his opposition to defendant's motion for summary judgment.  In lieu of submitting amended declarations, plaintiff submitted a four-page memorandum indicating his contention that plaintiff's evidence was sufficient to survive defendant's motion for summary judgment.  On September 14, 2009, at the oral argument on defendants' motion, plaintiff's counsel expressed his desire to

1

submit amended declarations at a later date.

        IT IS THEREFORE ORDERED that:

        1) Plaintiff shall submit amended declarations in opposition to defendant's motion for summary judgment no later than 5:00 p.m. on September 28, 2009;

        2) Defendant shall file any reply no later than 5:00 p.m. on October 5, 2009;

        3) Further hearing on defendant's motion for summary judgment is continued to October 13, 2009, at 2:00 p.m. in courtroom 5;

        4) The Pretrial Conference set for September 21, 2009, at 2:00 p.m. is hereby vacated and reset for January 11, 2010, at 2:00 p.m.; and

        5) The trial date of November 3, 2009, is hereby vacated and reset for March 9, 2010, at 9:00 a.m.

        IT IS SO ORDERED.

DATED:   September 14, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE