JONATHAN D. ANDREWS  (SBN:  199256)
SHAUNA L. DURRANT (SBN: 228489)
ANDREWS · LAGASSE · BRANCH & BELL LLP
11232 El Camino Real, Suite 250
San Diego, CA  92130
Telephone:  (858) 345-5080
Facsimile:  (858) 345-5025
Email:  jandrews@albblaw.com

Attorneys for Defendant
CAREER SYSTEMS DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ROSALES and CHARLIE HARRIS, )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>CAREER SYSTEMS DEVELOPMENT )<br>CORPORATION, a Delaware corporation; and )<br>DOES 1 through 10, inclusive, )<br>)<br>)<br>Defendant. ) | CASE NO.: 08-CV-01383-WBS-KJM<br><br>**JOINT STIPULATION TO CONTINUE TRIAL**<br><br>**Pre-Trial Conference: January 11, 2010**<br>**Trial: March 9, 2010** |

**TO THE HONORABLE COURT:**

Plaintiff Melvyn Rosales ("Plaintiff") and Defendant Career Systems Development

Corporation ("Defendant"), through their counsel of record, stipulate as follows:

1.  On November 3, 2008, the Court issued its Pretrial Scheduling Order setting trial

in the matter to begin on November 3, 2009.

2.  On September 14, 2009, the Court continued the hearing on Defendant's motion

for summary judgment and vacated the November 3, 2009 trial date.

3.  On September 15, 2009, the Court reset the trial date to March 9, 2010.

4.  Jonathan Andrews and Shauna Durrant are trial counsel for Defendant.

5.  Mr. Andrews and Ms. Durrant have another matter set for a two-week trial on

February 23, 2010 in the Southern District with Judge Benitez.  The trial is set to finish on March

-1-

ANDREWS · LAGASSE · BRANCH & BELL LLP
11232 El Camino Real, Suite 250
San Diego, CA  92130

1    5, 2010.  However, trial counsel must remain local during jury deliberations, which are set to

2    begin on March 8, 2010.

3         6.    Because of the trial in the Southern District Court, defense counsel is not able to

4    appear at trial in this matter on March 9, 2010.

5         7.    The parties agree that a short, three-week continuation of trial in this matter will

6    not prejudice either party, and is in furtherance of justice.

7         Accordingly, IT IS HEREBY stipulated by and between Plaintiff and Defendant to

8    continue the present scheduled trial in the above-entitled action currently set for March 9, 2010

9    at 9:00 a.m. in Courtroom 5, to **March 29, 2010**, or as soon thereafter as is convenient for this

10   Court.

11        IT IS SO STIPULATED.

12   Dated: January 7, 2010                    LAW OFFICE OF MARY ALICE COLEMAN

13                                             By:    */s/ Thomas B. Gill*
                                                      Thomas B. Gill
14                                                    Attorney for Plaintiff
                                                      MELVYN ROSALES

15   Dated: January 7, 2010                    ANDREWS · LAGASSE · BRANCH & BELL LLP

16                                             By:    */s/ Shauna L. Durrant*
17                                                    Jonathan D. Andrews
                                                      Shauna L. Durrant
18                                                    Attorneys for Defendant
                                                      CAREER SYSTEMS DEVELOPMENT
19                                                    CORPORATION

20                                    **ORDER**

21        Pursuant to the above stipulation of the parties, **IT IS SO ORDERED.**  Trial is reset to

22   **April 27, 2010 at 9:00 a.m.**

23   Dated:  January 8, 2010

24

25                                    _William V. Shubb_

26                                    WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE
27

28

ANDREWS · LAGASSE · BRANCH & BELL LLP
11232 El Camino Real, Suite 250
San Diego, CA 92130

JOINT STIPULATION TO CONTINUE TRIAL                          08-CV-01383-WBS-KJM