**LAW OFFICE OF MARY-ALICE COLEMAN**
**MARY-ALICE COLEMAN, SBN 98365**
**THOMAS B. GILL, SBN 146275**
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone: (916) 498-9131
Facsimile: (916) 304-0880

Attorneys for Plaintiff
CHARLIE HARRIS and MELVIN ROSALES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ROSALES and CHARLIE HARRIS, | CASE NO.: 08-CV-01383-WBS-KJM |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| CAREER SYSTEMS DEVELOPMENT CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | Trial: March 9, 2010 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to FRCP 41(a)(1), the following causes of action in this matter are dismissed with prejudice:

1. Race/National Origin Discrimination in Violation of Title VII (42 U.S.C. § 2000, *et seq.*);

2. Age Discrimination in Violation of the ADEA (29 U.S.C. § 623, *et seq.*);

Dated:  January 25, 2010                LAW OFFICE OF MARY-ALICE COLEMAN


                                        By: _____
                                            Thomas B. Gill
                                            Attorney for Plaintiff
                                            MELVYN ROSALES


Dated:  January 25, 2010                ANDREWS LAGASSE' BRANCH & BELL LLP


                                        By: _____
                                            Jonathan D. Andrews
                                            Shauna L. Durrant
                                            Attorneys for Defendant
                                            CAREER SYSTEMS DEVELOPMENT
                                            CORPORATION


## ORDER

Pursuant to the above stipulation of the parties, Plaintiff's Title VII and ADEA claims will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 26, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE