JONATHAN D. ANDREWS (SBN: 199256)
SHAUNA L. DURRANT (SBN: 228489)
ANDREWS · LAGASSE · BRANCH & BELL LLP
11232 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: (858) 345-5080
Facsimile: (858) 345-5025
Email: jandrews@albblaw.com

Attorneys for Defendant
CAREER SYSTEMS DEVELOPMENT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ROSALES and CHARLIE HARRIS,<br><br>Plaintiffs,<br>vs.<br>CAREER SYSTEMS DEVELOPMENT CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.: 08-CV-01383-WBS-KJM<br><br>**JOINT STIPULATION TO CONTINUE TRIAL**<br><br>**Trial: April 27, 2010** |

**TO THE HONORABLE COURT:**

Plaintiff Melvyn Rosales ("Plaintiff") and Defendant Career Systems Development Corporation ("Defendant"), through their counsel of record, stipulate as follows:

1. On November 3, 2008, the Court issued its Pretrial Scheduling Order setting trial in the matter to begin on November 3, 2009.

2. On September 14, 2009, the Court continued the hearing on Defendant's motion for summary judgment and vacated the November 3, 2009 trial date.

3. On September 15, 2009, the Court reset the trial date to March 9, 2010.

4. On January 8, 2010, the Court reset the trial date to April 27, 2010 per the stipulation of counsel.

5. Jonathan Andrews and Shauna Durrant are trial counsel for Defendant.

-1-

JOINT STIPULATION TO CONTINUE TRIAL                                         08-CV-01383-WBS-KJM

6. Mr. Andrews and Ms. Durrant have another matter set for a two-week trial on May 11, 2010 in the Southern District with Judge Benitez.

7. James Ashworth is trial counsel for Plaintiff. Mr. Ashworth has trials set in May, June, and July.

8. The first date available for all parties is August 10, 2010.

9. The parties are also actively pursuing resolution of this matter before trial. The parties have attended a full day mediation with Judge Ellen Sickles-James of JAMS and intend to continue settlement discussions.

10. The parties agree that a continuation of trial in this matter will not prejudice either party, and is in furtherance of justice.

Accordingly, IT IS HEREBY stipulated by and between Plaintiff and Defendant to continue the present scheduled trial in the above-entitled action currently set for April 27, 2010 at 9:00 a.m. in Courtroom 5, to **August 10, 2010**, or as soon thereafter as is convenient for this Court.

IT IS SO STIPULATED.

Dated: April 19, 2010

LAW OFFICE OF MARY ALICE COLEMAN

By: */s/ James Ashworth*
James Ashworth
Attorney for Plaintiff
MELVYN ROSALES

Dated: April 19, 2010

ANDREWS · LAGASSE · BRANCH & BELL LLP

By: */s/ Shauna L. Durrant*
Jonathan D. Andrews
Shauna L. Durrant
Attorneys for Defendant
CAREER SYSTEMS DEVELOPMENT CORPORATION

**ORDER**

Pursuant to the above stipulation of the parties, **IT IS SO ORDERED.** Trial is reset to **August 10, 2010 at 9:00 a.m.**  All pending motions in limine (docket entries 62, 63, 64, 67, 71 and 72) shall be heard on that same date and time.

Dated: April 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE