1  JAMES C. ASHWORTH  SBN 151272
   MARY-ALICE COLEMAN, SBN 98365
2  LAW OFFICE OF MARY-ALICE COLEMAN
   1109 Kennedy Place, Suite #2
3  Davis, CA 95616
   Telephone:  (916) 498-9131
4  Facsimile:   (916) 304-0880

5  Attorneys for Plaintiff MELVIN ROSALES

6  JONATHAN D. ANDREWS SBN 199256
   SHAUNA L. SINNOTT SBN 228489
7  ANDREWS LAGASSE BRANCH & BELL LLP
   11232 El Camino Real, Suite 250
8  San Diego, CA  92130
   Tel:  (858) 345-5080
9  Fax: (858) 345-5025

10 Attorneys for Defendant
   CAREER SYSTEMS DEVELOPMENT CORPORATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| MELVIN ROSALES, | CASE NO. 2:08-CV-01383-WBS-KJM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CAREER SYSTEMS DEVELOPMENT CORPORATION a Delaware corporation; and Does 1 through 10, inclusive, | |
| Defendants. | |

### STIPULATION

IT IS HEREBY STIPULATED by an between Plaintiff MELVIN ROSALES and

Defendant CAREER SYSTEMS DEVELOPMENT CORPORATION, through their designated

counsel, that the above-captioned lawsuit against Defendant CAREER SYSTEMS

///

DEVELOPMENT CORPORATION is dismissed with prejudice pursuant to FRCP 41(a)(1) and (2).

DATED: May 17, 2011         LAW OFFICE OF MARY-ALICE COLEMAN

By: _____/s/_____
JAMES C. ASHWORTH
Attorney for Plaintiff,
MELVYN ROSALES

DATED: May 17, 2011         ANDREWS LAGASSE BRANCH & BELL LLP

By: _____/s/_____
Jonathan D. Andrews
Shauna L. Sinnott
Attorneys for Defendant,
CAREER SYSTEMS DEVELOPMENT
CORPORATION

ORDER

Based on the stipulation of the parties and good cause appearing, the Court orders that Defendant CAREER SYSTEMS DEVELOPMENT CORPORATION be dismissed, with prejudice, from the case of MELVIN ROSALES v. CAREER SYSTEMS DEVELOPMENT CORPORATION, et *al*., case number 2:08-CV-01383 WBS-KJM.

DATED:   May 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE